AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:21-mj-68 |
| Torrance Ramon Whitaker | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 8-9, 2021__ in the county of __Charleston__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 371 | Conspiracy |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Jerome De Sheers, FBI TFO
Printed name and title

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 09/09/2021

_____
Judge's signature

City and state: Charleston, SC

Molly H. Cherry, United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

**INTRODUCTION**

I, Jerome N. De Sheers, a Task Force Officer (TFO) of the Federal Bureau of Investigation, being duly sworn, depose and state that:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a TFO with the FBI and have been assigned to the FBI since February of 2015. Affiant has been a sworn law enforcement officer for the North Charleston Police Department ("NCPD") since February of 2008. I was first assigned to the patrol division and patrolled the streets of North Charleston in uniform and a marked police car. In December of 2011, I was assigned to the Investigation Unit of the NCPD. In that role, my duties and responsibilities focused on the investigation of property crimes and violent crimes in the jurisdiction of the City of North Charleston. Since February of 2015, I was assigned to the Charleston FBI Task Force and affiant's duties and responsibilities shifted to investigating violent gangs operating inside and outside the borders of the United States. As a Task Force Officer, I have been trained in various aspects of law enforcement, particularly in general investigation techniques. As a result of my law enforcement experience, I have participated in hundreds of investigations and prosecutions. In connection with those investigations, I have conducted

1

surveillance, executed searches, and secured relevant information using numerous other investigative techniques.

3. I have personally participated in the investigation of the offenses described below. Except where otherwise noted, the information set forth in this Affidavit has been provided to me directly or indirectly by Special Agents of the FBI and other law enforcement officers who have assisted in the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another special agent or law enforcement officer, to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are referenced in substance and in part, unless otherwise indicated. Similarly, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my personal observations but rather may also be observations provided directly or indirectly by, and/or through other Special Agents of FBI or other law enforcement officers who conducted such surveillance.

4. This Affidavit does not include all the facts known to me regarding this investigation, only those sufficient to establish probable cause that **Torrence Ramon WHITAKER** and **Andre Omar MARTIN** have committed the following violation of federal law: conspiracy to commit the offense of theft from a financial institution in violation of 18 U.S.C. § 2113(b), in violation of 18 U.S.C. § 371.

## INVESTIGATION BACKGROUND

5. On September 8, 2021, TFO De Sheers was contacted by Tulsa Police Department (TPD) Detective Robbie Bowman in reference to subjects involved with a theft of a motor vehicle, which was used to complete a theft from an Automated Teller Machine

(ATM), in Tulsa, Oklahoma. TPD Detective Bowman also advised that a silver 2016 Chevrolet Impala, with Texas temporary license plate bearing the digits "20049F9" (VIN 2G11X5SA6G9122454) which was used by the suspects in connection with both crimes, was in Charleston, South Carolina, and was frequenting the area of 2237 Savannah Highway (Quality Inn).

6. TPD Detective Bowman advised that he also had information that **Andre Omar MARTIN** was one of the subjects that was in Charleston, South Carolina with the vehicle, after video surveillance captured **Andre Omar MARTIN** at Walmart, located at 3951 West Ashley Circle, Charleston, South Carolina, on the morning of September 8, 2021.

7. FBI Special Agents and TFO's conducted a physical surveillance at 2237 Savannah Highway (Quality Inn) and observed the Chevrolet Impala parked in the parking lot. Multiple subjects were observed going from the vehicle to Room 247, which included individuals later confirmed to be **Torrence Ramon WHITAKER** and **Andre Omar MARTIN**.

8. Law enforcement continued surveillance on the Chevrolet Impala, which travelled through several Charleston area neighborhoods and apartment complexes.

9. In the early morning hours of September 9, 2021, law enforcement officers surveilled the Chevrolet Impala to Wildts Battery Boulevard, Johns Island, South Carolina, where an individual exited the Chevrolet Impala and proceeded to steal a white 2004 Ford F-250, with South Carolina license plate bearing the digits "RWP822" (VIN 1FTNW21P94ED55592). The vehicle was taken from Wildts Battery Boulevard, but was then parked a short distance away on Towne Street.

10. The Chevrolet Impala was then surveilled back to the Quality Inn where the occupants returned to Room 247. After approximately one hour, the occupants, including **Torrence Ramon WHITAKER** and **Andre Omar MARTIN** exited Room 247, carrying items to the trunk of the Chevrolet Impala before going back to the location where the Ford F-250 was parked.

11. After the Chevrolet Impala returned to the Ford F-250, the co-conspirators then began to hook chains to the rear of the Ford F-250 and a short time later both vehicles left the location where the F-250 was parked. The F-250 left the area and went directly to the Chase ATM located at 2770 Maybank Highway, Charleston, South Carolina. The F-250 back uped to the ATM when three individuals used crow bars, chain, and hooks to remove the housing of the ATM, exposing the safe.

12. Law enforcement arrived at the Chase ATM and attempted to take all co-conspirators into custody, however three subjects fled on foot. A fourth subject from the F-250, **Andre Omar MARTIN**, was apprehended from inside the bed of the pickup truck after fighting with the law enforcement.

13. A traffic stop was conducted on the Chevrolet Impala after it left the Ford F-250 and drove past the Chase ATM while officers were attempting to apprehend the occupants of the Ford F-250. The driver and sole occupant of the Chevrolet Impala at that time was **Torrence Ramon WHITAKER**.

14. Chase Bank security reported to the Charleston Police Department Detective Kevin Mapp that $15,880 in U.S. Currency was contained in the ATM.

## CONCLUSION

15. Based on the foregoing information, I believe probable cause exists that **Torrence Ramon WHITAKER** and **Andre Omar MARTIN** are in violation of criminal conspiracy to commit the offense of theft from a financial institution in violation of 18 U.S.C. § 2113(b), in violation of 18 U.S.C. § 371.

16. Based on the foregoing, I respectfully request this Court to issue a Criminal Complaint and Arrest Warrants for **Torrence Ramon WHITAKER** and **Andre Omar MARTIN**.

Assistant United States Attorney Nick Bianchi has reviewed this Affidavit.

Jerome De Sheers
Task Force Officer, FBI

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this 9th day of September 2021.

MOLLY H. CHERRY
UNITED STATES MAGISTRATE JUDGE

5